FEBRUARY 13, 1962

No. 66466.—Sol Tool Company v. United States, protests 59/16641, etc. Protests abandoned January 10, 1962. (Not published.) (Initial No. 58/7519.) Plaintiff's application for rehearing granted.

No. 66467.—United Mineral & Chemical Corp. v. United States, protest 61/1454. Protest abandoned January 18, 1962. (Not published.) (Initial No. 283338–K.) Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, FEBRUARY 19, 1962

No. 66468.—Novelty Import Co., Inc., et al. v. United States, protests 61/10469, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of plastic back scratchers the same in all material respects as those the subject of *Ignaz Strauss & Co., Inc., et al.* v. *United States* (45 Cust. Ct. 161, C.D. 2218), the claim of the plaintiffs was sustained.

No. 66469.—S. Berger Co. et al. v. United States, protests 60/5329, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 19, 1962

No. 66470.—Carlyle Fabrics v. United States, protests 267019–K, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States v. D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 66471.—Carlyle Fabrics *v.* United States, protests 302968–K, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States v. D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 66472.—Carlyle Fabrics *v.* United States, protests 305501–K, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States v. D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 66473.—May Dept. Stores Co. et al. *v.* United States, protests 59/13087, etc. (Los Angeles).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brush cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms v. United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 20, 1962

No. 66474.—United China and Glass Company *v.* United States, petitions 7245–R and 7246–R (New Orleans).

FORD, Judge: These are petitions for the remission of additional duties filed under the provisions of section 489 of the Tariff Act of 1930, assessed by